# In the
# United States Bankruptcy Court
### For the Northern District of Illinois

| | |
|---|---|
| | Hon. Donald R. Cassling<br>U.S. Bankruptcy Judge |
| In re:<br><br>**Anthony Payne**,<br><br>Debtor. | Case No. 19-bk-10450<br><br>Hearing Date: July 18, 2019<br>Hearing Time: 9:30 a.m. |

## Notice of Constitutional Challenge

Pursuant to Rule 5.1 of the Federal Rules of Civil Procedure, made applicable to this proceeding through Rule 9005.1 of the Federal Rules of Bankruptcy Procedure, the City of Chicago, an Illinois Municipal Corporation, hereby files this Notice of Constitutional Challenge to the United States Bankruptcy Code with this Court. Specifically, in the City's Response to the Debtor's Motion for Damages [Dkt. No. 55] the City challenges the constitutionality of 11 U.S.C. § 362(a)(3) under the due process clause of the Fifth Amendment.

Pursuant to Rule 5.1(a)(2), I, David Paul Holtkamp, certify that I served this Notice and the Response via certified may to the Attorney General of the United States at the address below.

1

**Served via certified mail**

William Barr
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**With cc. via First Class Mail to:**

John R. Lausch, Jr.
U.S. Attorney for the
Northern District of Illinois
219 S. Dearborn St., 5th Floor
Chicago, IL 60604

    Respectfully submitted,

    Mark Flessner
    Corporation Counsel

    By: s/ David Paul Holtkamp
    David Paul Holtkamp
    Asst. Corp. Counsel Supervisor
    **CITY OF CHICAGO,**
    **DEPARTMENT OF LAW**
    Chicago City Hall
    121 N LaSalle St., Ste. 400
    Chicago, IL 60602
    312.744.6967
    David.Holtkamp2@cityofchicago.org