**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-BK-10450 |
| | ) | CHAPTER 13 |
| **Anthony Payne,** | ) | |
| | ) | HON. DONALD R. CASSLING |
| Debtor. | ) | |
| | ) | HEARING DATE: Sept. 19, 2019 |
| | ) | HEARING TIME: 10:00 A.M. |
| _____ | ) | |

## NOTICE OF MOTION

    PLEASE TAKE NOTICE that on September 19, 2019, at 10:00 a.m., at the opening of court or as soon thereafter as counsel may be heard, I will appear before the Honorable Donald R. Cassling in Room 619, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the United States' Motion to Intervene, a copy of which is attached.

Dated: September 10, 2019      Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JOHN R. LAUSCH, Jr.
United States Attorney

DAVID H. DeCELLES
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4220
david.decelles@usdoj.gov

/s/Andrea Horowitz Handel
RUTH A. HARVEY
MARGARET M. NEWELL
ANDREA HOROWITZ HANDEL
U. S. Department of Justice
Civil Division, Commercial Litigation Branch
P. O. Box 875, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-0358
Fax: (202) 514-9163
andrea.handel@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-BK-10450 |
| | ) | CHAPTER 13 |
| **Anthony Payne,** | ) | |
| | ) | HON. DONALD R. CASSLING |
| Debtor. | ) | |
| | ) | HEARING DATE: Sept. 19, 2019 |
| | ) | HEARING TIME: 10:00 A.M. |
| _____ | ) | |

## UNITED STATES' MOTION TO INTERVENE ON CONSTITUTIONAL QUESTION

Pursuant to Rule 2018 of the Federal Rules of Bankruptcy Procedure and 28 U.S.C. § 2403(a), the United States hereby moves to intervene in this case to address the constitutionality of 11 U.S.C. § 362(a)(3) of the Bankruptcy Code. In support of its motion, the United States submits as follows.

1.   On June 27, 2019, the Debtor filed a motion for damages against the City of Chicago ("the City") for violations of the automatic stay. [ECF No. 48].

2.   On July 15, 2019, the City filed a response to the Debtor's motion and a Notice of Constitutional Challenge challenging the constitutionality of 11 U.S.C. § 362(a)(3) under the Due Process Clause of the Fifth Amendment. [ECF Nos. 55, 57].

3.   Pursuant to Federal Rule of Bankruptcy Procedure 9005.1 and 28 U.S.C. § 2403, the Court certified the constitutional challenge to the Attorney General of the United States. [ECF No. 58]. Pursuant to the Court's order, if the United States intervenes, it must do so by September 13, 2019. Accordingly, the United States' motion to intervene is timely.

4.      Federal Rule of Bankruptcy Procedure 2018 permits any interested party to intervene, for cause, in a bankruptcy case generally or with respect to any specified matter. Fed. R. Bankr. P. 2018(a).

5.      Section 2403 of Title 28 of the United States Code grants the United States a right of intervention:

> In any action, suit or proceeding in a court of the United States to which the United States or any agency, officer or employee thereof is not a party, wherein the constitutionality of any Act of Congress affecting the public interest is drawn in question, the court shall certify such fact to the Attorney General, and shall permit the United States to intervene for presentation of evidence . . . and for argument on the question of constitutionality.

28 U.S.C. § 2403(a).

6.      Pursuant to 28 U.S.C. § 2403(a), the United States has an unconditional right to intervene in this bankruptcy case because the City is challenging the constitutionality of 11 U.S.C § 362(a)(3).

7.      The United States' brief addressing the constitutionality of section 362(a)(3) is attached hereto as Exhibit A.

WHEREFORE, the United States respectfully requests that the Court grant its motion to intervene in this case to address the constitutionality of 11 U.S.C. § 362(a)(3).

2

Dated: September 10, 2019
Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JOHN R. LAUSCH, Jr.
United States Attorney

DAVID H. DeCELLES
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4220
david.decelles@usdoj.gov

/s/Andrea Horowitz Handel
RUTH A. HARVEY
MARGARET M. NEWELL
ANDREA HOROWITZ HANDEL
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
P. O. Box 875, Ben Franklin Station
Washington, D.C. 20044-0875
T: (202) 307-0358
F: (202) 514-9163
andrea.handel@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2019, the Notice of Motion and the Motion to Intervene on Constitutional Question were electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all registered CM/ECF participants.

/s/Andrea Horowitz Handel
Andrea Horowitz Handel